# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **EDDIE LEE DUNCAN, JR.** | **CASE NO. 5:21-CV-00233** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JULIAN C. WHITTINGTON, ET AL.** | **MAG. JUDGE MARK L. HORNSBY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objection [Doc. No. 5] thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a).

MONROE, LOUISIANA, this 8th day of March, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE